**Order entered February 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00566-CV

### ERWIN CRUZ AND THE ERWIN A. CRUZ FAMILY LIMITED PARTNERSHIP, BOTH OF THEM INDIVIDUALLY AND ON BEHALF OF NORTH DALLAS MEDICAL IMAGING, LP, PLANO AMI, LP, AND GHANI MEDICAL INVESTMENTS, INC., Appellants

### V.

### MEHRDAD GHANI, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-16274**

## ORDER

Before the Court is appellants' January 23, 2019 motion for en banc reconsideration. The Court is aware that appellee filed a petition for review in the Supreme Court of Texas on February 22, 2019. That filing does not preclude this Court from ruling on appellants' motion for en banc reconsideration. TEX. R. APP. P. 19.1, 19.2, 49.11. The Court requests that appellee file his response, if any, to the motion for en banc reconsideration **by March 18, 2019.**

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE